Before NEWTON, P.J., SPINDEN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Michael Gorman was convicted by jury of first-degree murder, Section 565.020.1, RSMo 1986, and forcible rape, Section 566.030, RSMo 1986. On appeal, he contends: (1) the evidence was insufficient to prove the element of deliberation for first-degree murder; and (2) the trial court erred in overruling his motion to strike two prospective jurors.

Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would serve no jurisprudential purpose.

AFFIRMED. Rule 30.25(b).

Janet W. Larison, Grant City, MO, for Appellant.

Renna C. Stallings, Bethany, MO, for Respondent.

Before: HOLLIGER, P.J., LOWENSTEIN and SMART, JJ.

## ORDER

PER CURIAM.

Father appeals a modification judgment awarding joint physical custody to Mother and Father, where Father previously had sole physical custody of their children. After a thorough review of the record, this court concludes that the judgment is supported by substantial evidence, is not against the weight of the evidence, and that no error of law appears. An extended opinion would have no precedential value. A memorandum explaining the reasoning behind this decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

Ryan Heath PURDUN, Appellant,

v.

Kimberly Ann (Purdun) HANSEN, Respondent.

No. WD 67952.

Missouri Court of Appeals, Western District.

Oct. 30, 2007.

Elizes CHAVEZ, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

No. ED 89093.

Missouri Court of Appeals, Eastern District, Division Four.

Oct. 30, 2007.